**IT IS SO ORDERED.**

**Dated: 02:28 PM May 03 2011**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **10-54693** |
| | ) | |
| **Tracy L. Hoyt**, | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | **ORDER AND MEMORANDUM OF HEARING HELD ON April 28, 2011** |
| | ) | |

On February 16, 2011, counsel for the debtor filed a Motion to Value Collateral (the "Motion"). On April 28, 2011, the Court held a hearing on the matter. The debtor's Motion is hereby denied without prejudice. Counsel for the Debtor has until May 13, 2011 to file an Amended Motion to Value Collateral.

### ###

cc (*via* electronic mail):

Aaron T. Kimbrell   *as counsel for*   Tracy L. Hoyt